**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000109**
**07-JAN-2015**
**12:57 PM**

NO. CAAP-12-0000109

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
PETER DAVID, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 11-1-0050)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion, filed on December 15, 2014, is hereby corrected as follows:

1.    On page 2, in line 12, the word "in" should be inserted between "(2)" and "permitting" so that as corrected, the text reads: ". . . and (2) in permitting the State . . . ."

2.    On page 2, in lines 21 and 24, the word "Prosecutor" should not be capitalized and should be changed to "prosecutor".

3.    On page 3, in the second line from the bottom of the page, the word "disclosed" should be changed to "disclose" so that as corrected, the text reads: ". . . failing to disclose the . . . ."

---

[1] Nakamura, Chief Judge, and Foley and Reifurth, JJ.

4.     On page 7, in the second line of the second full paragraph, a comma should be inserted between "him" and "but" and the word "she" should be inserted between "but" and "did" so that as corrected, the text reads: ". . . beer with him, but she did not remember . . . ."

5.     On page 9, in the second line of footnote 3, the word "to" should be inserted between "able" and "meet" so that as corrected, the text reads: " . . . had been able to meet . . . ."

6.     On page 13, in the seventh line of footnote 6, a quotation mark should be inserted before the word "pig" so that as corrected, the text reads: ". . . names like "bitch" and "pig.""

7.     On page 13, in the second line of footnote 7, the words "in tied" should be deleted so that as corrected, the text reads: ". . . his hair was tied in the back . . . ."

8.     On page 17; in the ninth line from the bottom of the page, the word "asserting" should be inserted between "of" and "self-defense" so that as corrected, the text reads: "trial strategy of asserting self-defense . . . ."

9.     On page 25, in the ninth line of the first paragraph under Section B., the first quotation mark before the word "our" should be deleted, so that as corrected the text reads: "recognize that 'our government is the potent . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 7, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge